MICHAEL D. KELLEY, PROSECUTOR-APPELLANT, v. ANGELO J. A. BENNELL, POLICE JUSTICE, AND OTTO G. SCHULTZ, RESPONDENTS.

Submitted December 11, 1922—Decided March 5, 1923.

On appeal, if the judgment is not brought up from the court below, or when no ground of appeal alleges error in the judgment sought to be reviewed, the appeal will be dismissed.

On appeal from the Supreme Court.

For the appellant, *James H. Bolitho.*

For the respondents, *King & Vogt, Nathaniel H. Toms* and *Robert H. Schenck.*

PER CURIAM.

Kelley was convicted by a police justice of violating an ordinance of Morristown to license and regulate jitneys. On *certiorari* to the Supreme Court the conviction was affirmed by an opinion *per curiam.* The state of the case does not disclose any judgment in the Supreme Court, nor any ground of appeal alleging that that court erred in the judgment which it rendered. In this situation there is nothing before this court for review. See *State* v. *Belkota,* 95 *N. J. L.* 416; *Dia. Mills Paper Co.* v. *Leonard Hygiene Ice Co., Id.* 540, 543. Either defect is fatal.

Let the appeal be dismissed.